# EXHIBIT 1

# EXHIBIT 1





Powered by **Clickability**

Click to Print

SAVE THIS | EMAIL THIS | Close

Jun. 28, 2010
Copyright © Las Vegas Review-Journal

## JANE ANN MORRISON: Head of Asian American Group gets politicians' attention

Mike Vaswani is all about unity. His business card reads: Unity Is Our Priority & Strength. You'd expect no less from the president of the Asian American Group, an umbrella group of more than 30 diverse Asian associations.

AAG now includes Koreans, Filipinos, Indians, Sri Lankans, Chinese, Malaysians, Thai, Laotians, Vietnamese, Japanese, Indonesians, Singaporeans and Middle Easterners.

AAG's political clout is such that both Rory Reid and Brian Sandoval are vying for its gubernatorial endorsement.

Asian-American voters are desirable on two levels. Many are campaign contributors, and they vote in proportionately larger numbers than other minorities.

In 2008, Vaswani said proudly, 95 percent of the candidates endorsed by AAG won their elections. Asian-Americans support both Democrats and Republicans, so parties can't take AAG's endorsement for granted.

"Mike is a really, really hard worker and AAG holds incredible events," Reid said. "When he says, 'Show up,' a lot of people do. For anyone in the political world, that's significant."

Vaswani, 66, left India for Africa when he was 17 and lived all over the world before immigrating to the United States in 1970. He moved to Las Vegas in 1995, joining his wife, Rita.

AAG was formed in 1993 by Dr. Peter Lok, Vaswani's mentor, and Vaswani took over as president in 2002. He also heads the Asian American Coalition of Las Vegas, which raises money to support charitable efforts.

Vaswani has become a conduit linking the Asian community with the law enforcement community and this spring was honored by FBI Director Robert Mueller with the Director's Community Leadership Award, the first Las Vegan to be so honored.

"I am blessed by the FBI award," Vaswani said. "I don't think I deserve it."

Holly James, the FBI's community coordinator, disagreed. "Mike's been very helpful to the FBI. He's letting his community know not to be afraid of law enforcement."

When mortgage fraud cases were being investigated, Vaswani said he gave some leads to the FBI about friends who had been ripped off. "It's known in the community, I help everybody."

Vaswani works for unity, not only within the Asian community, but with the Hispanic and African-American community. When the Asian community was overlooked in a 2008 Democratic presidential debate in Las Vegas addressing minority issues, he complained to the

Democrat hierarchy. They quickly corrected their faux pas.

Currently, his political priority is to see more Asian-Americans appointed to boards and commissions by governors, county commissioners and city council members. He estimates there are more than 150,000 Asians in Las Vegas and they are not well-represented through appointments.

Vaswani owns three small group homes for Alzheimer's patients called Happy Adult Care and works as a zoning consultant. He said he is not interested in being appointed himself. "I try to stay low key," he said.

During a party recently to celebrate his FBI award, one of only 51 leadership awards for 2009, speakers talked about his humility. But being humble doesn't mean he won't use statistics like bullets.

"In the United States, 60 to 70 percent of motels are owned by Indians, 40 percent of the top hotels are owned by Indians, 90 percent of smoke shops are owned by Indians, 70 percent of 7-Eleven's are owned by Indians, 40 percent of gas stations are owned by Indians. There are 42,000 Indian doctors in the U.S. After all that achievement, we don't get recognized."

Although he is widely known in political, law enforcement and Asian circles, Vaswani isn't a household word in Las Vegas. It took the FBI to recognize his achievements on a national level.

Jane Ann Morrison's column appears Monday, Thursday and Saturday. E-mail her at Jane@reviewjournal.com or call 702- 383-0275. She also blogs at lvrj.com/blogs/morrison.

**Find this article at:**
http://www.lvrj.com/news/head-of-asian-american-group-gets-politicians--attention-97289264.html

 Click to Print

SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# News

- Home
- Asian-American Candidates
- Asian-American Issues
- Key Contests
- Close Contests
- Presidential Election
- Voting Records
- Hot Topics
- Write Your Politician
- News
- Hate Crimes
- Statistics
- Reverse Discrimination
- Wen Ho Lee
- Hall of Shame
- Colleges
- Medical School
- Law Schools
- Law Firms
- Veterans
- Free the North Koreans
- Links

Web ○ www.asianam.org

**Donate**

**Enjoy Asian American Politics? Contribute! Donations are NOT tax deductible.**

These pages were recently updated:

Key Contests: 7/18/10
Asian-American Candidates: 8/20/10
2010 Election Results: 8/12/10

Agenda for America: 5/8/10

Obama on Asian American Issues: 6/13/10
APA Vote in Presidential Elections: 5/23/09

Hot Topics: 1/12/08

Affirmative Action Backfires: 7/3/10
Asian American Faculty: 5/8/10
"Asian American Politics" in the News: 12/23/09
Black Women's Plight: 5/8/10
Colleges: 4/11/10
Colleges: 2009: 5/3/09
Colleges: 2010: 6/2/10
Free The North Koreans: 7/10/09
Hall of Shame: Asian American Associations Which Support Reverse Discrimination Against Asian Americans: 6/3/07
Hall of Shame: College Admission Officers: 4/11/08
Hall of Shame: Dime a Dozen: 3/9/09
Hall of Shame: Regents of the University of California: 6/24/09
Hall of Shame: Roy Pearson: 8/4/09
Hall of Shame: South Philadelphia High School: 7/7/10
Hall of Shame: TV Medical Shows (Bigots for the Left: Asian American men do not exist): 5/2/10
Hate Crimes: 8/20/10
Law Schools 2009: 10/25/09
Laws Against Asian Americans: 8/14/10
Links: 12/30/09
Medical Schools: 12/24/09
Medical Schools 2009: 11/3/09
News: 8/20/10
Statistics: 5/23/10
Statistics: Asian Americans in California: 5/16/09
Statistics on Reverse Discrimination: 7/18/10
Universities Against Asian Americans: 7/5/09
Veterans: 7/5/10
Voting Records: 8/17/10

Links

Stop Being a Sap

Legal Disclaimers

Who Is This Guy?

To receive the latest headlines about Asian-American issues, email wkw@sunfiregroup.com to be added to the SUNFIRE update list.

Bigots for the Left who cast Asian American men as doctors in TV medical shows: only two in 50+ years: "Three Rivers": Daniel Henney as Dr. David Lee; "House, M.D.": Kai Penn as Dr. Lawrence Kutner; Kenneth Choi as obstetrician in first season, episode "Maternity" which aired December 7, 2004, and anonymous Asian American men who appeared on the hospital's board of directors and disciplinary board.
See  Hall of Shame: TV Medical Shows

Evil corporations which feature Asian Americans in commercials:
Asian American men: AT&T, Anheuser-Busch (Budweiser),  Bank of America, Barclays Global Investors, Capital One, Careerbuilder.com, Circuit City, Cisco, Citibank, Comcast, CSX, Dodge, Domino's, Edward Jones (stock brokerage), eHarmony, ESPN, FedEx, Gillette, GlaxoSmithKline, Hillshire Farm, HughesNet, Intel, Kashi (health foods), Mars (candy), McDonald's, NFL Network, Nortel, Procter & Gamble (Bounce sheets), Range Rover, Schick, Solvay Pharmaceuticals (Trilipix), State Farm, Subway restaurants, UBS, UPS, U.S. Postal Service, Verizon Wireless, Volkswagen, Wendy's
Asian American women: American Express, Audi, Bank of America, Bausch & Lomb, Best Buy, Brittoni, Cisco, Cort, CVS pharmacy, Dunkin' Donuts, Enterprise Rent-a-Car, Franklin Templeton, Geico, General Motors (Cadillac), Hyundai, IBM, Ikea, Intel, Kellogg, Kraft,  Lowe's, Marriott, MassMutual, McDonald's, MFS Investment Management, Michelin, Microsoft, New York Times, Pfizer, Quiznos, SAP (software), S.C. Johnson, State Farm, Target, TD Waterhouse,  U.S. Trust, Visa, Volvo, Wells Fargo
Both: American Express, Boeing, Citigroup, Disney, Geico, Hartford, Hilton, Lowe's, Olay, Priceline, Samsung, Shell


8/20/10 Philadelphia Inquirer: "Radnor family assaulted and robbed, possibly because they are Asian,"
by Bonnie L. Cook
  Lisa Lee, 17, thought she was dreaming at 3 a.m. Wednesday when she opened her bedroom door in Radnor Township to find a stranger wearing a bandanna across his face and holding a gun.
  "Make a noise and I'll hurt you," said the intruder, pointing the gun to her head.
  Struggling to emerge from sleep, Lee heard the sound of a scuffle downstairs and her father, Jei Lee, crying out in pain.
  "I began crying and screaming, 'Don't hurt my dad,' " she said Thursday during a doorstep interview in the three-generation family's tree-lined neighborhood near Bryn Mawr Avenue and Glenwyn Road.
  "Tell your dad to cooperate, or I'll hurt you," the bandit said. "Give me the money."
  And the family did, Lee said, handing over to four armed and masked bandits $3,000 in cash from Jei Lee's wallet and $23,000 saved by Lee's aunt in her room upstairs.
  In all, the four men escaped with $26,000, a computer owned by Lee's brother, the family's jewelry, and a 52-inch TV. The men were described by police as wearing dark clothing with white or black-and-white bandannas, with two more than six feet tall.
  Jei Lee, who works at a dry cleaners in Wayne, was pistol-whipped by one of the intruders and was bleeding profusely from a scalp wound when officers arrived, his daughter said. He required treatment at a nearby hospital, but was able to work Thursday.
  John Chin, executive director of the Philadelphia Chinatown Development Corp., said Thursday that Asian American business people were being targeted by criminals, and that the activity seems to run in cycles.
  "I'm not sure why they come in spurts, but they do, and it's unfortunate. Part of the pattern is that the criminals follow the merchants home," he said.
  Investigators spent from 3:37 until 9 a.m. Wednesday processing the house, but could find few clues because the intruders wore gloves, Lee said.
  Police Sgt. Andrew J. Block, of the Radnor investigations unit, said by e-mail Thursday that no arrests had been made. No one saw a fleeing vehicle, Block said, and the TV had not turned up.
  He said that officers were trying to learn if the family was targeted because it is Asian. All four robbers were described as African American.
  But Lisa Lee said she had been told by police that the businesses her two uncles own - a dry

cleaners at 15 W. Seventh St. in Chester, and Brewers Outlet, a beer distributor at 48th and Spruce Streets - may have been the link.

"If you have an OK-looking car and own a business, they think you might have money," Lee said she was told, adding it was possible the bandits followed her uncles home.

Other Asian families have been targeted for home invasions in recent years. One resulted in the death of businessman Robert Chae, who suffocated after being bound too tightly with duct tape by intruders on Jan. 9, 2009.

Chae, 58, of Montgomeryville, owned a beauty supply store in Center City. He and his family were tied up and robbed of $15,000 to $20,000 in cash, jewelry, and a bank book.

Seven people were arrested in connection with the crime. Two are serving life prison sentences for second-degree murder, a third is serving 16 to 32 years, a fourth was acquitted, and the others, including Chae's nephew, are awaiting sentencing.

Chin said part of the problem may be the economic downturn. Another piece, he said, may be the reluctance of recent immigrant merchants to call police when they see suspicious activity.

"Maybe these perpetrators know this," Chin said. In Chinatown, neighborhood watches are being formed, but it's difficult to protect merchants who are targeted at home, Chin said.

He called Wednesday's crime at the Lee home "brazen."

"It's one thing to rob a house where nobody is home," Chin said. "It's another thing to break into a house where people are sleeping."

What struck Lisa Lee about the home invasion was the viciousness of the attack and the way the men tied up frail family members with telephone cords and corralled them into a room upstairs.

Lee would not disclose her family's names, but said that her father, two uncles, aunt, brother, grandmother, and grandfather reside in the house. Lee, who lives in Massachusetts with her mother, was visiting her relatives.

The grandfather, 96, and the grandmother, who walks with a three-point cane, were made to lie facedown on the floor with their hands tied behind their backs,

Lee said. Her aunt and uncle were forced to lie face down on a bed.

The bandits gained entry through an unlocked basement door that opens to Lee's brother's apartment. Lee said the intruders tied her brother up before casing the rest of the house.

As the bandits left, they made sure her aunt's and an uncle's hands were tied loosely enough to allow them to get free and call for help, Lee said. Once they were gone, her father crawled upstairs to help the others, Lee said.

Asked if she had any advice in the wake of the attack, Lee didn't hesitate.

"Lock your doors," she said. "You never know what will happen anymore."

Radnor police are asking anyone with information to call 610-688-0503.


8/19/10 Orange County Weekly: "Vietnamese American Scores Film's Lead Role,"
by R. Scott Moxley

John Wynn takes the lead

Move over Bruce Lee?

It's not often when an Asian lands a leading role in a movie and so the folks working publicity for "Beyond the Mat" are proud that John Wynn is the main character.

More to the point: Wynn--a Virginia native born from a Vietnamese mother and a half-Vietnamese and half French father--won't be playing any stereotypical character, they say.

I guess they'll be no scenes in a nail salon.

"An Asian American male protagonist that is neither martial artist nor computer nerd," is how Wynn's character is being billed.

"John Wynn has that star quality that captivates you from the moment he's first on screen," said Susan Wren, head of marketing for Catch 22 Entertainment based in Los Angeles. "His performance showcases not only a keen dramatic sense as well as athletic prowess, but also demonstrates his universal appeal."

The film's plot centers on high school wrestlers and their struggles over friendship, competition and romance. Says a press statement, the "subplot of romantic quandary places Aaron (Wynn) squarely in the middle as the object of desire."

Wait!

I thought Asians were tired of being objectified . . .

By the way, Wynn--who attended the University of Virginia--is a multi-talented dude. He's a musician, model, actor, singer and TV show host. No wonder nobody else can get a job nowadays,

You can see a clip of director Van M. Pham's film at http://www.imdb.com/video/wab/vi923796505

8/18/10 Delaware County, PA Daily Times "Asian business owners worried about robberies: Upper Darby police are on alert after three Asian-American business owners were recently targeted in home invasions,"
By Linda Reilly

　　Upper Darby — Asian-American business owners in the 69th Street area are again being targeted by robbers who believe the entrepreneurs don't use banks, police said.
　　Police Superintendent Michael Chitwood cited three home invasions involving owners of shops on South 69th and Market streets.
"The most recent home invasion involving 69th Street stores occurred 2:30 a.m. Aug. 8 in Haverford," Chitwood said.
　　Others were reported on the July 27 on Hampden Road, Upper Darby, and on July 22 in Ridley Township.
　　"All three are business owners in the 69th Street area," Chitwood said.
　　The targeted victims are owners of a nail salon, restaurant and beer distributor.
　　According to an Asian-American beauty shop owner on 69th Street, most business owners do not share information and only hear about the home invasions when it's in the newspaper.
　　"I am aware robbers target Asian owners," the proprietor said, asking her name not be used.
"I used to have a business in West Philadelphia for six years and never had a problem. It's worse here. I'm very afraid here. I've been here for nine months and it seems we are just targeted in Delaware County."
　　The woman utilizes a security door for patrons to enter and exit her store and had an alarm installed.
　　"I live in Drexel Hill and never drive straight to my house," the woman said.
　　"And when I get there, I drive around the block to make sure I wasn't followed and I look around before I get out of the car. One time I did see a man sitting in a parked car. He ducked down when I saw him.
　　"Robbers have experience. They're crazy. We don't save our money at home. We use banks. I do see the cops constantly driving around here."
　　An employee at the Asian Supermarket on South 69th Street reported a recent attempt at a break-in at the store when an intruder smashed the front glass window and door.
　　The Indian, Pakistani and Bangladesh grocery store sells fruits, vegetables, candy, audio and videotapes and household goods.
　　"I knew (about the home invasions)," Amarjit Singh said.
　　Singh added he was worried, citing a recent purse snatching on the street and damage to the front window of the store.
　　Employees of the targeted beer distributor could only say they have told others about the home invasion, but declined to talk about the incident.
　　A police alert was issued regarding the attacks against Asian business owners.
　　According to Chitwood, the Haverford incident involved owners of a beer distributor targeted in the middle of the night by three to five black male intruders, with no further description.
　　"The victims are not sure if they were followed home," Chitwood said. "It looks like the individuals were targeted and more than likely followed home. Why else would that house be hit? The common thread is they are all Asians and have businesses in the area of 69th Street.


8/17/10 International Business Times: "Asian-Americans in the Ivy League: A Portrait of Privilege and Discrimination,"
By Palash R. Ghosh
　　Reflecting their growing social and economic prominence in the U.S., Asian-Americans are disproportionately represented at the most elite universities in the land, relative to their numbers in the total population.
　　While "Asians" -- defined broadly as people who can trace their ancestry to East Asia, Southeast Asia, South Asia and the Pacific Islands -- account for only about 5 percent of the U.S. populace, they are believed to represent up to 20 percent of the enrollment at the top Ivy League schools.
　　However, the irony is that if the admission criteria and process in all U.S. universities were completely fair and equitable -- that is, based purely on academic qualifications -- the Asian weighting in the elite colleges would likely be significantly higher.
　　In an article in the Boston Globe, Kara Miller, a history professor at Babson College, wrote that Asian-Americans score an average of 1623 -- out of a possible 2400 -- on SAT tests. By comparison, Hispanics and blacks average 1,364 and 1,276 on the SAT, respectively, while whites average 1,581.
　　Quite a conundrum, indeed. Are Asians being celebrated and rewarded for their hard work, intelligence and success? Or are they being discriminated against?

intelligence and success? Or are they being discriminated against?
It depends on who you ask.

Consider what happened in California -- a state with a very high Asian population of about 13 percent -- in late 1996. Voters passed Proposition 209, a referendum that essentially revoked Affirmative Action measures and deemed that entry into public colleges -- including the huge University of California (UC) system -- should be entirely race-blind.

"A direct consequence of this was that the percentage of Asian-Americans at universities like Berkeley, UC-Irvine, and UCLA immediately skyrocketed," said Stephen D.H. Hsu, a professor of physics at the University of Oregon in Eugene.

"At those institutions, the Asian-American representation currently approaches 50 percent."

Not surprisingly, the passage of "209" led to a political backlash and resentment against Asian-Americans -- from whites, but particularly from African-Americans and Hispanics, who saw their numbers plunge at these institutions."

The administration at UC is now under significant pressure to remove the current system, Hsu noted.

"They've responded to the criticism by tweaking the admission process," he said.

"Test scores are not weighted as heavily as high school GPA, and the top few percent of graduates at each high school are admitted to UC, even if, in absolute terms, they are not as strong as higher scoring students from top high schools."

Of course, Hsu adds, Asian-Americans are generally happy with things as they are -- since they both find it fair and beneficial to them.

Moreover, California's top two private schools, Stanford University and California Institute of Technology (Caltech) also boast disproportionately high Asian-American representation.

"At my alma mater, Caltech, which has a heavy focus on science and engineering and a completely meritocratic admission process, Asian-Americans account for 30 percent-40 percent of the student body," Hsu added.

Hsu concludes that Affirmative Action probably hurts both whites and Asians since it arbitrarily takes class slots away from them.

This is quite ironic since Asian-Americans have long been discriminated in most other ways throughout their long history in this country.

The word "quota" is controversial and politically-charged; one must be careful when using it. However it's difficult not to conclude that some elite universities do indeed impose a quota -- officially or subconsciously -- upon Asian enrollment in order to control their numbers at some specified levels.

Consider a recent study undertaken by Thomas Espenshade, a Princeton sociologist. He calculated that in 1997 African-Americans who achieved scores of 1150 scores on two original SAT tests had the same chances of getting accepted to top private colleges as whites who scored in the 1460s and Asians who scored perfect 1600s.

Or put it another way, Asian applicants typically need to score an extra 140 or so points on their SATs to compete "equally" with white students.

Miller of Babson College also wrote that "most elite universities appear determined to keep their Asian American totals in a narrow range. Yale's class of 2013 is 15.5 percent Asian American, compared with 16.1 percent at Dartmouth, 19.1 percent at Harvard and 17.6 percent at Princeton."

However, white students are similarly victimized by admission policies at some elite schools. Espenshade discovered that when comparing applicants with similar grades, scores, athletic qualifications, and family history for seven elite private colleges and universities: whites were three times as likely to get accepted as Asians; Hispanics were twice as likely to win admission as whites, and African-Americans were at least five times as likely to be accepted as whites.

Moreover, if all elite private universities enacted race-blind admissions, the percentage of Asian students would jump from 24 percent to 39 percent (similar to what they already are now at Caltech and Berkeley, two elite institutions with race-blind admissions; the former due to a belief in meritocracy, the latter due to Proposition 209).

What Asian-Americans are enduring now is reminiscent of the travails of American Jews in the 1930s and 1940s, when colleges like Harvard and Yale imposed quotas to limit their numbers at these elite institutions. And like many of those Jews from seven or eight decades ago, numerous Asian-American students today come from poor, humble immigrant households.

Perhaps the bottom line in all this discussion is that entry into and success in top-flight schools -- regardless of the surrounding circumstances and controversies -- are pushing more and more Asian-Americans into prominent positions in corporate America, Wall Street and even the corridors of power in Washington D.C.

8/17/10 Washington Post: "U-Md. names new president: Iowa provost Loh,"

Wallace D. Loh, provost at the University of Iowa, has been appointed president of the University of Maryland, university officials announced Tuesday.

Loh will take the lead of Maryland's flagship public university Nov. 1, replacing C.D. (Dan) Mote, who is retiring after 12 years. News of the appointment leaked out late Monday in e-mails sent to members of the university community. Nariman Farvardin, provost at University of Maryland, will serve as interim president until Loh arrives.

"Dr. Loh is the right person to lead our flagship university to its next level of greatness," said Clifford Kendall, chair of the governing board of the state university system, in a prepared statement. "His wealth of experience and achievements in higher education demonstrate his strong commitment to excellence in teaching, research, and service as well as his exceptional ability to move institutions forward."

In a note to the Iowa university community, Loh said his short tenure there had been "the most professionally and personally fulfilling of my entire career." He also stressed that he had not been job-hunting.

"This new opportunity is not one that I sought," he wrote. "The institution and the search consultants recruited me to take part in a relatively quick and confidential search process. I was -- and still am -- rather stunned, while honored to have been appointed."

Loh has more than three decades of higher education experience. As second in command at the University of Iowa since 2008, he has overseen personnel and budgets for the state university's 11 colleges. The University of Iowa has 30,000 students and a $2.6 billion budget.

At College Park, Loh will join an institution that has ascended to the highest rank of public universities. Once known as a "safety school," U-Md. rose in stature under Mote and now ranks among the top 20 public universities in the annual U.S. News Best Colleges rankings. The university has 37,000 students and is the largest public institution of higher education in Maryland.

Mote has said he would take a one-year leave and then return to the university to participate "in any way that is helpful to the campus." He retains his status as an engineering professor.

Loh earns at least $350,000 a year as provost. Mote, by comparison, earned $464,600 in 2009, according to a report in the Diamondback, the U-Md. student newspaper. Loh's salary at U-Md. has not been disclosed.

Loh, 65, is an accomplished academician with an unusual life story. He was born in Shanghai and emigrated at a young age to Lima, Peru, following his diplomat father. After high school, he journeyed alone to the United States. He earned a bachelor's degree at Grinnell College in Iowa, a master's from Cornell, a doctorate in psychology from the University of Michigan and a law degree from Yale.

He served as dean of the University of Washington Law School, vice chancellor of the University of Colorado and a dean at Seattle University before becoming provost of Iowa's flagship in 2008.

At Iowa, Loh has been front and center in a campaign to curb excessive student drinking. He and the university have played an unusually public role in advocating for tougher underage drinking laws. He was also involved in an initiative to hire faculty in "clusters" to serve evolving research areas, and in an effort to build learning communities for freshmen to live and study together within the large state university, according to Iowa news accounts.

Loh is married and has a daughter at Occidental College in California.

According to the U-Md. statement, the University of Iowa has "increased the number of honor, minority, and international students; improved retention; expanded international exchanges; and increased administrative efficiencies and effectiveness" under Loh's lead.

"Dr. Loh brings a remarkable intellect, talent and life experience to the University of Maryland, College Park, the University System of Maryland, and the state," said William E. Kirwan, chancellor of the University System of Maryland, in a prepared statement. "His commitment to excellence, inclusion, internationalization of higher education, cross-disciplinary research, and outreach to the communities we serve align perfectly with the priorities of the system and the campus."

Loh said in a prepared comment that he is "thrilled to join the University System of Maryland to work together with the other presidents -- under the leadership of the Regents and Chancellor Kirwan -- for the advancement of the state's public higher education system."

His appointment at College Park drew mostly favorable reaction overnight, although a few comments appended to news accounts hinted that he might be too old to begin a presidency, or that U-Md. might have been better-served by a leader drawn from a more prestigious university. The University of Iowa ranks 29th among national public universities on the U.S. News & World Report rankings released Tuesday, 11 places behind U-Md.

Loh is the university's first Asian American president. Student leaders voiced hope that he will raise its currency on the global stage.

"He brings a worldly perspective that any university would relish," said Kevin Ford, a member of the university's Student Government Association, in a statement.

There has been at least one hint of controversy in Loh's long career, a reverse discrimination lawsuit filed against the University of Washington law school while Loh was dean there. Three white

applicants sued the school, claiming they were denied admission in the mid-1990s because of their race, according to an account in the Iowa City Press-Citizen newspaper. An appeals court ruled in the university's favor, but state officials barred public universities from considering race in admissions.

University officials plan a reception for the president-elect and his wife at 1 p.m. Wednesday at the university's alumni center.


8/13/10 press release: "AAA-Fund Calls for Resignation of GOP Staffer over Racist Message: Campaign used Twitter, Facebook to Spread Hate-Filled Rant,"

Washington, DC - Earlier this week, the campaign to elect Republican congressional candidate Mike Pompeo used Twitter and Facebook to direct its supporters to read an inflammatory blog post. The post called Kansas State Representative and congressional candidate Raj Goyle a "turban topper" and questioned his ability to govern due to his ethnicity and alleged religious beliefs. The AAA-Fund executive director Gautam Dutta demanded that Pompeo immediately fire all staff responsible for sending the racist attack.

"This conduct is simply unacceptable and has no place in American politics," said Dutta. "By allowing the communications director to remain, Mike Pompeo is sanctioning his staff's actions and sending a message to his supporters that racism and hatred are a real part of his politics and campaign."

Raj Goyle is currently serving his second term as Kansas State Representative and is running for United States Congress in the Fourth District against RNC committeeman Mike Pompeo.

The AAA-Fund endorsed Goyle at the beginning of his congressional campaign.

For media inquiries, please contact Elizabeth Wu at (510) 295-9859.


8/11/10 Huffington Post: "White Men Still Better Off than Asian Americans in U.S. labor market," by Algernon Austin

The blog 8asians recently posted an article stating that Asian men have the highest salary. This statement is both correct and misleading at the same time.

It is correct that Asian American men have the highest median wage. But to the extent that it suggests that Asian Americans are economically advantaged relative to whites, it is incorrect.

As I pointed out in my examination of Asian American unemployment over the recession, Asian Americans experience hidden disadvantages in the U.S. labor market. To see this disadvantage, one must disaggregate the data by education level. The Asian American unemployment disadvantage appears upon examining those with a bachelor's degree or higher level of education. In 2009, the annual unemployment rate for Asian Americans with a bachelor's degree was 6.7 percent.
For whites with a bachelor's degree is was 2.1 percentage points lower at 4.6 percent.

A larger share of Asian Americans has a college degree than other groups, including whites. People with college degrees are more likely to be employed and, on average, have higher earnings than people without college degrees. The high educational attainment of Asian Americans means that their aggregate statistics, like the overall unemployment rate or the median income for the entire group, looks better than the aggregate statistics for whites. But the picture changes when one compares Asian Americans with whites of the same educational level.

The wage report discussed on 8asians.com does not allow one to disaggregate the data by sex, race, and education level. But the Census Bureau does provide this disaggregation in its detailed income tables. We can compare white and Asian American full-time, year-round male workers with each other by education level.

The median income for non-Hispanic white male high school graduates in 2008 was $42,234. For Asian American male high school graduates it was 21 percent lower at $33,358. Comparing individuals with bachelor's degrees, white males earned $71,672 and Asian males $63,172, or 12 percent less. When one disaggregates by educational level, the apparent Asian American advantage turns to an Asian American disadvantage.

One comment in response to the 8asians.com piece (on the New American Media re-posting of the article) stated that since Asian American men work harder, they deserve to have the highest salary. There are a number of problems with this statement, but if one assumes that Asian American men work the hardest, the disaggregated income data suggests that they are not being rewarded for their hard work.

Asian American "success" stories are often used to argue that the United States is a post-racial society where anyone can be successful provided that they are willing to work hard. The reality is, of course, more complicated than that. The

Asian American "success" stories sometimes do not look at all like success stories when one disaggregates the data. And while hard work matters, and there are a great deal of opportunities for