people of all races

7/12/10 Op-Ed: "UC proves Prop. 209's point: Admissions records show that minorities don't need affirmative action,"
by David A. Lehrer and Joe R. Hicks

    The next few weeks will see renewed interest in a 14-year-old initiative that was, in its day, among the most hotly contested California ballot measures ever, Proposition 209. It prohibits the state from discriminating against or giving preferences to anyone on the basis of "race, sex, color, ethnicity or national origin in the operation of public employment, public education or public contracting." The measure was approved 54% to 45%. It was tested in the courts, and its constitutionality was affirmed by the California Supreme Court in 2000.
    But another legal challenge to 209 was mounted earlier this year, specifically to allow the University of California to use affirmative-action criteria for admissions, as it did before the proposition passed in 1996.
    The author of 209, Ward Connerly, is seeking to intervene in the case because of his fear that neither the university (whose officials have, on occasion, called for the repeal of 209) nor Atty. Gen. Jerry Brown (whose office filed a brief with the California Supreme Court opining that 209 violates the U.S. Constitution's 14th Amendment) will vigorously defend the measure. Connerly's motion is scheduled to be heard this month.
    As proponents of Proposition 209 in 1996, we could only have hoped that the "underrepresented" minorities at the center of the debate would ultimately be admitted to the UC — without preferences — in numbers approximating their rate of admission with the benefit of preferences. Our argument then, as now, was that granting preferences on the basis of race and ethnicity was wrong and that, ultimately, in a bias-free environment, students would figure out what had to be done and would qualify for admission on their merits. That argument was right.
    Here are the facts: The number of minority admissions to the University of California for this fall — without the benefit of preferences — exceeds that of 1996, in absolute numbers and, more important, as a percentage of all "admits." The numbers are, in almost every category, quite staggering.
    Latino students have gone from 15.4% (5,744 students) of freshman undergraduate admissions in 1996 to 23% (14,081) in 2010 (a 145% increase). Asian students have gone from 29.8% (11,085) of the freshman admits to 37.47% (22,877). Native American admits have declined slightly, from 0.9% to 0.8%, but their absolute number increased, from 360 to 531. African American admits have gone from 4% (1,628) to 4.2% (2,624), a modest gain in percentage but nearly a 61% increase in numbers of freshmen admitted.
    The only major category that declined in percentage terms was whites, who went from 44% (16,465) of the freshmen admits to 34% (20,807).
    But the Coalition to Defend Affirmative Action, which filed this year's lawsuit, finds little solace in these data: "The percentage of Latina/o, black and Native American students in the UC as a whole has not kept pace with the rising percentage of those groups among high school graduates of the state," the suit says.
    That argument alone reveals the agenda of the coalition. They seem to believe that the percentage of minority high school graduates in the state — without regard to SATs, GPAs or overall academic achievement — is what should determine the makeup of the admissions to the university. But the truth is that qualifications, not demographics, should determine admissions.
    One subtext of the coalition's complaint is that as a result of Proposition 209, the "flagship" UC campuses, UC Berkeley and UCLA, have become elitist, segregated institutions, out of reach for minorities and the poor, who are relegated to the "newer, less-selective schools."
    It is true that UC Berkeley and UCLA have fewer African American freshman admits in 2010 than pre-Proposition 209. Compared with 1996, at Berkeley the difference is 572 to 392; and at UCLA, 606 to 435. — but it's not because those campuses aren't reaching out to the disadvantaged or are enclaves of elitism.
    In fact, at Berkeley and UCLA, more than 30% of undergraduates are Pell Grant recipients whose parents' incomes fall below $45,000 annually. Overall, the University of California enrolled a higher percentage of Pell Grant recipients than any of its public or private competitive institutions nationwide. This fall, 39.4% of incoming freshman at the university will come from low-income families, 38% from families where neither parent has a four-year degree.
    Moreover, according to the U.S. News & World Report rankings, four of the 25 most diverse among the so-called national universities are UC campuses, including UCLA (No. 11), Berkeley (No. 16) and San Diego (No. 22). In terms of economic diversity among "top-ranked" national universities, U.S. News ranks UCLA and Berkeley No. 1 and No. 2, respectively.
    In fact, the University of California is an unequaled example of a world-class institution of higher

learning maintaining its preeminent status while also addressing the needs of disadvantaged students who have academic potential, a record of success and a desire to succeed — not an easy task, especially in economically tough times. This year's admits have an average GPA of 3.84.

In reality, despite the coalition's lawsuit, the principles that underlay Proposition 209 have proved themselves correct. The belief that minorities could and would succeed in a system free of discrimination and preferential biases is true. The presence of minorities and disadvantaged students throughout UC is vindication of a traditional American concept: The state should not discriminate against anyone or give preferences to anyone on the basis of race, ethnicity, national origin, color or sex, a concept Californians understand, enacted into law and are now reaping the benefits of.

David A. Lehrer is the president and Joe R. Hicks the vice president of Community Advocates Inc., a human relations organization based in Los Angeles that is chaired by former Mayor Richard Riordan.


7/8/10 Northwest Asian Weekly: "Obama's immigration reform will benefit the APA community, says local groups,"
By Jocelyn Chui

The Asian Pacific American (APA) community will benefit from the comprehensive immigration reform address given by President Barack Obama last week, APA advocacy groups have said.

On July 1, Obama addressed issues of the nation's immigration system, saying the "system is broken" and that we will need bipartisan support from the Congress "to shape a system that reflects our values as a nation of laws and a nation of immigrants."

"I believe we can put politics aside and finally have an immigration system that's accountable. I believe we can appeal not to people's fears but to their hopes, to their highest ideals, because that's who we are as Americans," Obama said.

Pramila Jayapal, Diane Narasaki, and Bettie Luke — executive directors of OneAmerica, the Asian Counseling and Referral Service, and the Organization of Chinese Americans, respectively — thought the president's speech was significant to the APA community.

"I think it is really important for the president to address the need of immigration reform in front of the whole country," Jayapal said.

"I think a lot of communities of color have been waiting for President Obama to make immigration a priority topic," Luke said.

The president said the immigration reform should focus on three key issues — reuniting families, providing opportunities for children of undocumented parents to earn an education and stay in the country where they have been raised, and encouraging firms to hire workers legally, putting a stop to the inflow of illegal immigrants.

"The DREAM Act would do this, and that's why I supported this bill as a state legislator and as a U.S. senator — and why I continue to support it as president," Obama said.

Narasaki said that Asians are disproportionately affected by the visa backlogs of the current system.

"There are over 4 million family members in the visa backlogs waiting to rejoin their families in the U.S. Over half of them are Asian. There are youth in our community who languish in limbo due to the lack of legal status, unable to use their college education and skills because of our broken system," said Narasaki. "They would benefit from the reform."

The president also acknowledged the existence of a large population — 11 million — of illegal immigrants in the country who work hard in low-wage sectors of the economy, seeking a better life. He acknowledged the contribution that these illegal workers have made to America's economy, but he stressed that it is only fair for them to get in line like any other immigration applicant.

"No matter how decent they are, no matter their reasons, the 11 million who broke these laws should be held accountable," Obama said.

Narasaki said that at least one million of the estimated 11 to 12 million undocumented immigrants are Asian.

"Following whatever process is legislated by Congress, qualifying members of our community, like other eligible undocumented immigrants, would be able to come out of the shadows and seek legal status," Narasaki said.

"Stopping illegal immigration must go hand in hand with reforming our creaky system of legal immigration," Obama said.

The president said that people living in the country illegally, as well as employers that hire and exploit illegal workers, have a responsibility to follow the law.

"Being a citizen of this country comes not only with rights but also with certain fundamental responsibilities. We can create a pathway for legal status that is fair, reflective of our values, and works."

Luke said, "It is interesting that there is overt effort to prevent possible illegal entry of Asians, but

what about possible illegal entry of white Canadians? What about visa-overstays of Irish and Canadians?"

Joint efforts from political parties are crucial to the success of the reform.

"It is a shame that Republicans in Congress seem determined to undermine immigration reform on basis of political party power — instead of based on what is best for the county and what is morally right. They seem to forget that their past Republican president also supported immigration reform and the DREAM Act," Luke said.

Narasaki said, "Our community members, whether they are Republicans, Democrats, or Independents, must make it clear to Congress that comprehensive immigration reform is a key priority to our community and we want them to pass it this year."

Though the majority of the online community seems to disagree with Obama's speech, Jayapal said, according to the polling, 70 percent of the people believe that we need a solution to the immigration problem.

"I believe we have the support of the majority of Americans, really believing that the immigration reform is absolutely good for the country," Jayapal said. "It will add $1.5 trillion dollars in the next 10 years. Money will start to flow in once you take away the horrible suppression and fear that exists right now."

OneAmerica is a nonprofit organization formed directly after September 11, 2001, in response to the hate crimes and discrimination targeting Arabs, Muslims, and South Asians. Called Hate Free Zone at the time, the organization has now grown into a leading force for immigrant, civil, and human rights of particular communities.

The Asian Counseling and Referral Service is the largest nationally recognized nonprofit organization that serves all the different Asian Pacific American communities — immigrants, refugees, and American-born — in the Pacific Northwest.

The Organization of Chinese Americans is a national nonprofit organization dedicated to advancing the social, political, and economic well-being of all Asian Pacific Americans.


7/8/10 Washington Post: "N.Y. challenger Saujani embraces Wall Street in bid to unseat Rep. Maloney,"
By Philip Rucker

New York -- It's cocktail hour on the Upper East Side of Manhattan, and dozens of rich New Yorkers are gathered around a grand piano, sipping white wine in the living room of an elegant high-rise apartment. There is plenty of gossip to be heard, but this is not a social event. The city's moneyed elite have come to commiserate about their growing distaste for their longtime congresswoman, Rep. Maloney-- and to open their wallets for the unlikely 34-year-old challenger they hope will defeat her.

They did not always feel this way about Maloney. The 64-year-old Democratic representative hasn't faced a serious challenge to her seat since she was first elected in 1992. For nearly two decades, they have viewed her as a solid, if unremarkable, member of Congress. But to the dismay of her ultra-rich constituents -- among them more than a few Wall Street billionaires -- Maloney has become one of the Capitol's leading advocates for tough new restrictions on the banking and credit card industries. The way the people at the cocktail party see it, Maloney betrayed them. And they want her fired.

Into this scene of despair steps Reshma Saujani, an Ivy League-educated lawyer with a compelling biography. She is the daughter of Indian parents who fled political persecution while living in Uganda and wound up in the United States. But that isn't the compelling part, at least not to this crowd. Rather, it's that Saujani is a Wall Street veteran. She has worked at three hedge funds. She speaks the arcane language of derivatives and basis points and mortgage-backed securities. Saujani has positioned herself as the anti-Maloney, the only candidate who understands how stressful and difficult the past few years have been for some of the wealthiest people in America.

Unknown just a few months ago, Saujani has gotten the attention of many of the city's boldface names, and her Democratic primary challenge to Maloney, who was long seen as unbeatable, has turned a sleeper contest into a closely watched curiosity.

"We need to extend a hand rather than a fist" to Wall Street, Saujani tells the guests at the apartment. "In New York, it's complicated because 35 percent of our revenue comes from the financial services industry. We need to have transparency and reform, but we also need to understand that . . . it's just as easy to go work in Singapore and London and Bangalore, and we can't make it so difficult to do business here that people will vote with their feet."

Only on the Upper East Side of Manhattan, where a run-of-the-mill penthouse goes for $13 million (Rush Limbaugh's place on Fifth Avenue is available for about that much, FYI), would a politician find it a plus to run this year as the candidate of Wall Street.

Since she entered the race in November, Saujani has received more than $800,000 in campaign

contributions, an impressive tally for an untested candidate. Many of those checks came from New York financiers and their spouses.

Former Morgan Stanley chief executive John Mack has given her money. So has Apollo Management founder Leon Black and the wife of J.P. Morgan Chase chief executive Jamie Dimon. Hedge fund mogul Marc Lasry hosted a fundraiser for her featuring singer John Legend that brought in $100,000.

Saujani has also attracted help from prominent New Yorkers. Maureen White, a major Democratic donor and wife of financier Steven Rattner, is introducing her to potential donors. Diana Taylor, a Republican former investment banker and the longtime companion of Mayor Michael R. Bloomberg (I), is advising her campaign.

"Reshma has a strong fundamental understanding about how the industry works," Taylor said. "You've got these people [in Congress] yelling and screaming who know nothing about what they're talking about -- nothing. And it just creates a huge problem."

Maloney isn't going out of her way to apologize. "I support any institution when I think they're correct, and I point out ways it can be improved if I feel it can be improved," she said. "I think that passing this financial regulatory reform bill will be good for the economy and therefore very good for Wall Street."

Maloney, who chairs the Joint Economic Committee, authored last year's credit card reform bill ("my credit card bill of rights," she called it). She added, "We had a bill signing in the Rose Garden, and [President Obama] gave me the pen and a kiss."

This is not a politician who sounds worried about losing an election. And at this point, she does not seem to be taking her challenger very seriously. (Whoever wins the Sept. 14 primary is virtually assured to be elected in this overwhelmingly Democratic district.) Maloney might have lost the support of many former Wall Streeters, but the rest of her constituents aren't at all upset at her efforts to rein in the banking industry. Maloney has raised more than $2 million this election cycle.

"It's hard to see how [Saujani] wins," said Democratic strategist Hank Sheinkopf. "People are not running down the street screaming, 'Reshma! Reshma!' These kinds of insurgent campaigns require that kind of energy."

In a survey that Democratic pollster Celinda Lake took for Maloney in mid-May, she beat Saujani with 75 percent of the vote. "I have wide support," Maloney said. "I don't even know what I won by in my last election. It's something like 80 percent. I'd have to fact-check it."

But Saujani thinks Maloney has overreached in her attacks on Wall Street. In the back seat of a taxicab racing down Park Avenue after the fundraiser, she said the financial industry has been unfairly demonized in Congress.

"Populism for the sake of populism, to increase poll numbers, is not helpful," she said. "We need to have people in Washington who feel comfortable with understanding regulatory markets, economic terms. . . . I don't think that she has practical real-world experience." (At the same time, Saujani's campaign would like it known that financiers are not the only New Yorkers the candidate has attracted. She has also drawn support from young voters and tech entrepreneurs.)

The campaign is getting personal. Saujani's supporters openly question Maloney's fitness to serve and her intellectual heft. In an interview, White, the major Democratic donor, called Maloney "a good person." But she said, "There's a lot more to being a good representative: leadership, intelligence, hard work, a creative approach to policy, thinking things through.

"When you look at this district, it should have a star," White added. "We need the best of the best, and I think Reshma is in that category in a way Carolyn isn't."

Maloney, who lost her husband of 33 years in September when he died while mountain climbing in the Himalayas, isn't sniping back. In a 30-minute interview, she never mentioned her opponent by name and did not disparage her former supporters.

"I'm just working hard," Maloney said. "I have successfully fought and passed bills and movements and issues that have helped bring stability to our economy and will help Wall Street remain successful in the long run."

7/5/10 Associated Press: "Chinese court sentences US geologist to 8 years," by Charles Hutzler

Beijing – An American geologist held by Chinese state security agents who stubbed lit cigarettes on his arms was sentenced to eight years in prison Monday for gathering data on China's oil industry — a case that highlights the government's use of vague secrets laws to restrict business information. In pronouncing Xue Feng guilty of spying and collecting state secrets, the Beijing No. 1 Intermediate People's Court said his actions "endangered our country's national security."

Its verdict said Xue received documents on geological conditions of onshore oil wells and a database that gave the coordinates of more than 30,000 oil and gas wells belonging to China National Petroleum Corporation and listed subsidiary PetroChina Ltd. That information, it said, was sold to IHS Energy, the U.S. consultancy Xue worked for and now known as IHS Inc.

The sentence of eight years is close to the recommended legal limit of 10 years for all but extremely serious violations. Though Xue, now 45 and known as a meticulous, driven researcher, showed no emotion when the court announced the verdict, it stunned his lawyer and his sister, his only family member allowed in the courtroom.

"I can't describe how I feel. It's definitely unacceptable," Xue's wife, Nan Kang, said by telephone, sobbing, from their home in a Houston, Texas, suburb where she lives with their two children.

U.S. Ambassador to China Jon Huntsman attended the hearing to display Washington's interest in the case. He left without commenting and the U.S. Embassy issued a statement calling for Xue's immediate release and deportation to the United States.

Xue's sentence punctuates a case that has dragged on for more than two-and-a-half years and is likely to alarm foreign businesses unsure when normal business activities elsewhere might conflict with China's vague state security laws.

Chinese officials have wide authority to classify information as state secrets. Draft regulations released by the government in April said business secrets of major state companies qualify as state secrets.

"This is a very harsh sentence," said John Kamm, an American human rights campaigner whom the State Department turned to for help last year to lobby for Xue's release. "It's a huge disappointment and will send very real shivers up the spines of businesses that do business in China."

Agents from China's internal security agency detained Xue in November 2007. During the early days of his detention they stubbed lit cigarettes into his arms and hit him on the head with an ashtray. His case first became public when The Associated Press reported on it last November.

Like IHS, many multinationals have come to rely on people like Xue to run their China operations. Another China-born foreign national, Australian Stern Hu who worked for the global mining firm Rio Tinto, was sentenced in March to 10 years for bribery and infringing trade secrets that dealt with iron ore sales to Chinese companies.

Born in China, Xue earned a doctorate at the University of Chicago and became a U.S. citizen, returning to his native country to work. By all accounts, including witness statements cited in the court verdict, Xue poured his energies into his work for IHS, trying to gather information on China's oil industry, contacting former school mates from his university days in China.

Two of the three other defendants sentenced along with Xue on Monday were school mates. Chen Mengjin and Li Dongxu, who worked for research institutes affiliated with PetroChina were each given two-and-a-half-year sentences and fined 50,000 yuan ($7,500). The other defendant, Li Yongbo, a manager at Beijing Licheng Zhongyou Oil Technology Development Co., was sentenced to eight years and fined 200,000 yuan ($30,000). Xue was also fined 200,000 yuan.

Li and Xue arranged the sale of the database — which was originally prepared by a Chinese company for sale to PetroChina's parent company and contained details on the coordinates and volume of reserves for the 30,000 wells — to IHS for $228,500, the court's sentencing document said.

A spokesman for IHS, which is based in Englewood, Colorado, said the company is disappointed by the news yet declined to comment on China's broad interpretation of state secrets. In the past, the spokesman, Ed Mattix, has said that Chinese authorities never notified IHS that it was involved in any wrongdoing.

During Xue's closed-door trial, which ran over three dates last July and in December, the court document said he defended himself, arguing that the information he gathered "is data that the oil sector in countries around the world make public."

David Rowley, Xue's thesis adviser at University of Chicago and a geologist, said that the location and seismic and other data of oil wells is commonly available and could not compromise Chinese security since the government controls access.

"What frightens me most about this is that Xue Feng is, in my experience, a straight-up individual who worked hard, who didn't push limits, or try to pull a fast one by, but was simply honest and entirely well meaning," Rowley said in an e-mail. "That's IHS's business — acquiring and redistributing data (bases) so he was simply doing his job."

In rejecting Xue and his lawyer's arguments that no crime had been committed, the court cited the National Administration for the Protection of State Secrets as saying that the information Xue received on China National Petroleum Corp. was classified as either secret or confidential.

The court document indirectly acknowledged the difficulties Xue and IHS would have collecting data in such a restrictive environment.

"IHS Co. has information exchange agreements with many oil companies, but exchanging information with Chinese oil companies is very difficult. Because China controls energy information relatively strictly, IHS Co.'s information and data on China are not very complete," the sentencing statement cited one witness as telling the court.

6/30/10 VOA News: "Indian Americans Making an Ever Bigger Impact in U.S. Elections,"

American politics may be going through somewhat of a transformation. This transformation appears to be a change in the way Americans accept who may politically represent them.

"It is my great pleasure...," remarks Nikki Haley. "It is with humility and respect that I accept the Republican Party's nomination to be your next governor of South Carolina (cheers)."

Nikki Haley won the party's nomination in a runoff election by garnering 65 percent of the primary vote in the southern state of South Carolina. Haley was born Nimrata Randhawa, daughter of Indian Americans. Should she win the November general election, she would become the second governor of Asian Indian descent in the United States, the other being Louisiana governor Bobby Jindal.

Haley is only one in a record number of Indian Americans running for office this year. There are currently at least eight such candidates vying for political office this year, including Manan Trivedi in Pennsylvania, Raj Goyle in Kansas and Ami Bera in California. Haley told VOA she knew the path to election would not be an easy journey. "I knew that I had everything against me, I knew the fact that I was a woman was tough, I knew the fact that I wasn't from Lexington was tough, I knew that fact that I was Indian was tough," says Haley. "I knew that there was a lot I had to do to let people know who I am."

But, South Carolina Congressman Joe Wilson told VOA that being Indian American was a help for Haley. "It's a reflection truly of the impact of the Indian-American population on the United States," Wilson said. "It's the fourth largest immigrant group in the United States, nearly two million people have Indian-American background in the United States. They also have the highest per capita income of any immigrant group in the United States and it's a reflection again of the assimilation into American society."

Paul Ong is a professor of Public Affairs at the University of California Los Angeles. He says immigrants from Asia had for decades faced what had been insurmountable obstacles in seeking office in the United States. "If you go back far enough, Asian Americans, including Asian Indians, were precluded from participating," Ong said. "They were precluded from gaining citizenship, certainly, if you go back to after World War Two, an enormous amount of racial prejudice. It was very difficult for Asian Americans, including Asian Indians, to be accepted socially, as well as politically."

But that, says Ong, has recently changed. "We have seen over the last decade or so an increase in political participation," he adds. "We have seen it in acquiring citizenship, we've seen it in the growing numbers of Asian-Americans running for office. We still have a long ways to go. We're still, overall, under-represented among elected officials. But, I think, it's been very remarkable about the progress that's been made."

But, why Indian Americans as opposed to immigrants from other areas? "What we saw is a population that was highly-educated," said Ong. "They probably came from much more affluent background from India and we also noticed that they come from a country with a long history and participation in a democratic process. And so, I think those things translate, as well as the fact that most of the Indian immigrants and their children certainly are much more accustomed to American culture, the language and so forth."

Professor Ong, who is of Chinese descent, says the recent success of Indian-American politicians could be just the beginning.


7/6/10 Washington Post: "More Indian Americans seeking office this year,"
By Krissah Thompson

Five years ago, a group of Indian Americans who worked as staffers on Capitol Hill started up a club. They called themselves the "Desi Power Hour," and met to share their experiences and help each other get a leg up in Washington. Small in number and short on experience, they may have been Desis -- children or grandchildren of immigrants from India -- but they had little power.

Today, though, that once-casual gathering of legislative aides, communications consultants, tech gurus and fundraisers has grown into an influential political network that undergirds the record number of Indian Americans running for political office this year.

Gautam Raghavan, for instance, is deputy White House liaison at the Department of Defense and has helped build a network of young Indian American political donors. Toby Chaudhuri, former director of communications at the Campaign for America's Future, is a political strategist who helps candidates craft their messages. Anil Mammen is a direct-mail consultant and the go-to guy for those in the community who aspire to political office.

In addition to Nikki Haley, the barrier-breaking Republican nominee for governor of South Carolina, Indian Americans are campaigning this year for congressional seats in Pennsylvania, Kansas, California, New York and Ohio. More than a dozen serve in senior positions in the Obama administration, including U.S. Chief Information Officer Vivek Kundra and USAID chief Rajiv Shah. Louisiana Gov. Bobby Jindal, the first Indian American governor, made the Republican short list for vice president in 2008

vice president in 2008.

"We used to be accused of being those that wrote checks and had photo ops, but never actually did anything in policy," said Shekar Narasimhan, co-chair of the Democratic Party's Indo-American Leadership council. "It is now very legitimized for people to run for office in our community. Five years ago, it wasn't."

That legitimacy came from winning elections, as Jindal did in 2007, and through the tangential success of political operatives, said Parag Mehta, who attended many Desi Hour lunches and later worked as the Democratic Party's director of internal communications.

"We've built the bench up," Mehta said. "We are in senior positions and can help each other. There's a camaraderie."

Like Haley, most of the politicians in races this year are second-generation immigrants who volunteered for local political campaigns, served in state legislatures or worked on Capitol Hill.

Manan Trivedi, a doctor and Iraq war veteran, recently won the Democratic primary in Pennsylvania's 6th Congressional District.

Before running for Congress, he served as a health-care adviser to the Obama campaign.

Raj Goyle, who has served in the Kansas legislature for three years, is running in the Democratic primary in the 4th Congressional District, which includes his home town of Wichita. Reshma Saujani, a Democratic fundraiser in the South Asian community, says she is the first Indian American woman to run for Congress.

"I always wanted to serve, but I never thought someone with my name could actually run," said Saujani, who is challenging Rep. Carolyn B. Maloney (D-N.Y.) in the Sept. 14 primary.

The increased political involvement is an indication of "successful assimilation into mainstream American society," said Dino Teppara, chair of the Indian American Conservative Council and former chief of staff for Rep. Joe Wilson (R-S.C.).

The nation's 2.5 million Indian Americans rank among the most highly educated ethnic groups in the United States, according to Census figures, and they have the highest per-capita income.

Although the community leans Democratic, according to a 2009 survey by the Asian American Legal Defense Fund, its wealth has attracted aspiring candidates of both parties.

Individual donors connected to Teppara's council have given hundreds of thousands of dollars to Indian American conservatives and other Republicans, he said. Democratic candidates get financial support through the decade-old Indian American Leadership Initiative. That group has endorsed both congressional and local candidates this year, and late last year it formed a political action committee, which has raised $100,000.

The money "obviously" makes a big difference, said Sanjay Puri, chairman of the nonpartisan US India Political Action Committee, which raised $75,000 in the first quarter of the year and $300,000 in 2008 to support Indian American candidates and others who have pro-India views. "The money is there. The candidates just have to prove that they are credible."

Still, Indian American candidates remain sensitive to being viewed as outsiders. Questions arose about Jindal's and Haley's religious beliefs; Jay Goyal (D), now the 29-year-old majority whip of the Ohio legislature, emphasized in his first political campaign four years ago his family's decades of work in their central Ohio town. Similarly, Trivedi and Goyle emphasize on their Web sites deep roots in their respective communities.

The clear signs of political progress impress the man known as the dean of Indian American politics: Kumar P. Barve, majority leader in the Maryland House of Delegates. When he ran for office in 1990, few in the Indian American community would contribute money or time to his campaign. "Most believed it was really idiotic," he said.

Although Barve worries that many of the Indian American candidates will probably lose this year, he sees their efforts as an investment in the future. "Regardless of the outcome," he said, "you have to see this as a big victory for the Indian American, which is becoming a part of the political landscape."


6/28/10 Las Vegas Review-Journal: "Head of Asian American Group gets politicians' attention," by Jane Ann Morrison

Mike Vaswani is all about unity. His business card reads: Unity Is Our Priority & Strength. You'd expect no less from the president of the Asian American Group, an umbrella group of more than 30 diverse Asian associations.

AAG now includes Koreans, Filipinos, Indians, Sri Lankans, Chinese, Malaysians, Thai, Laotians, Vietnamese, Japanese, Indonesians, Singaporeans and Middle Easterners.

AAG's political clout is such that both Rory Reid and Brian Sandoval are vying for its gubernatorial endorsement.

Asian-American voters are desirable on two levels. Many are campaign contributors, and they vote in proportionately larger numbers than other minorities.

in proportionately larger numbers than other minorities.

In 2008, Vaswani said proudly, 95 percent of the candidates endorsed by AAG won their elections. Asian-Americans support both Democrats and Republicans, so parties can't take AAG's endorsement for granted.

"Mike is a really, really hard worker and AAG holds incredible events," Reid said. "When he says, 'Show up,' a lot of people do. For anyone in the political world, that's significant."

Vaswani, 66, left India for Africa when he was 17 and lived all over the world before immigrating to the United States in 1970. He moved to Las Vegas in 1995, joining his wife, Rita.

AAG was formed in 1993 by Dr. Peter Lok, Vaswani's mentor, and Vaswani took over as president in 2002. He also heads the Asian American Coalition of Las Vegas, which raises money to support charitable efforts.

Vaswani has become a conduit linking the Asian community with the law enforcement community and this spring was honored by FBI Director Robert Mueller with the Director's Community Leadership Award, the first Las Vegan to be so honored.

"I am blessed by the FBI award," Vaswani said. "I don't think I deserve it."

Holly James, the FBI's community coordinator, disagreed. "Mike's been very helpful to the FBI. He's letting his community know not to be afraid of law enforcement."

When mortgage fraud cases were being investigated, Vaswani said he gave some leads to the FBI about friends who had been ripped off.

"It's known in the community, I help everybody."

Vaswani works for unity, not only within the Asian community, but with the Hispanic and African-American community. When the Asian community was overlooked in a 2008 Democratic presidential debate in Las Vegas addressing minority issues, he complained to the Democrat hierarchy.

They quickly corrected their faux pas.

Currently, his political priority is to see more Asian-Americans appointed to boards and commissions by governors, county commissioners and city council members. He estimates there are more than 150,000 Asians in Las Vegas and they are not well-represented through appointments.

Vaswani owns three small group homes for Alzheimer's patients called Happy Adult Care and works as a zoning consultant. He said he is not interested in being appointed himself. "I try to stay low key," he said.

During a party recently to celebrate his FBI award, one of only 51 leadership awards for 2009, speakers talked about his humility. But being humble doesn't mean he won't use statistics like bullets.

"In the United States, 60 to 70 percent of motels are owned by Indians, 40 percent of the top hotels are owned by Indians, 90 percent of smoke shops are owned by Indians, 70 percent of 7-Eleven's are owned by Indians, 40 percent of gas stations are owned by Indians.

There are 42,000 Indian doctors in the U.S. After all that achievement, we don't get recognized."

Although he is widely known in political, law enforcement and Asian circles, Vaswani isn't a household word in Las Vegas. It took the FBI to recognize his achievements on a national level.

# EXHIBIT 3

# EXHIBIT 3





**INJURED? CALL 877-1500**

**WWW.GLENLERNER.COM**

Law Firms

VISIT SITE

Ads by Google

Google [Search]
● Web ○ www.asianam.org

[Donate]

**Enjoy Asian American Politics?  Contribute!  Donations are NOT tax deductible.**

Here are the largest law firms in the country with the fewest Asian- American attorneys.

2005

2004

2002

2000

1999

1996

If you are an Asian-American attorney working in-house for a company, I encourage you to do to these law firms what they are doing to Asian-American attorney students.

If you received a rejection from one of these law firms, I encourage you to file complaints with the U.S. Equal Employment Opportunity Commission against t with poor records of hiring Asian-Americans. However, I wouldn't hold my breath waiting for the EEOC to sue a law firm. Through December 31, 1999, lawye firms have contributed $4,750,112 to Bush, $4,398,601 to Gore and $3,263,081 to Bradley. 2/18/00 Dallas Morning News.

# EXHIBIT 4

# EXHIBIT 4

# Presidential Election

Vote in the 2010 Election Stand with President Obama. Learn How to Register to Vote Now! RaiseYourVote.com
Rory Reid For Governor Learn Rory's Plan To Change Nevada. Join the Campaign Today! www.RoryReid.com
Atrial Fibrillation Facts Get Info On Atrial Fibrillation: Symptoms, Diagnosis and Treatment. www.afibtreatment.net
Enhanced Voter Files Quality voter files for campaigns. Online counts 24/7 www.labelsandlists.com

Google [Search]  ● Web ○ www.asianam.org

[Donate]

**Enjoy Asian American Politics? Contribute! Donations are NOT tax deductible**

**REGISTER TO VOTE.**
Download the application from https://ssl.capwiz.com/congressorg/e4/nvra/, print it, or call your county election clerk, complete and sign it, and mail it today!

See the candidates' positions on Asian-American issues on the pages listed below.

### Election 2008

Barack Obama (D) 53%
John McCain (R) 46%

Barack Obama (D)
President
Obama on Asian-American Issues

### Election 2004

George Bush (R) 51%
John Kerry (D) 48%

George W. Bush (R)
President

How to solve the financial crisis and getting the government back to basics.  See Agenda for America.

Enjoy Asian American Politics?  Contribute!  Donations are NOT tax deductible.

**Donate**

Google [Search]
○ Web  ○ www.asianam.org

BUT JOE HECK VOTED AGAINST REQUIRING INSURANCE COMPANIES TO COVER A VACCINE THAT HELPS PREVENT CERVICAL CANCER
Paid for by WOMEN VOTE! Not Authorized by Any Candidate or Candidate's Committee.

MISTREATED BY THE DEMOCRATIC PARTY?

IGNORED BY THE REPUBLICAN PARTY?

DON'T GET MAD, GET INVOLVED!

INCREASE THE INFLUENCE OF ASIAN-AMERICANS.

REGISTER TO VOTE
Download the application from www.apiavote.org or congress.org, print it, or call your county election clerk, complete and sign it, and mail it today!

CANDIDATES WHO SUPPORT ASIAN-AMERICAN ISSUES, PARTICULARLY IN KEY CONTESTS AND CLOSE CONTESTS.

WHICH PAGES HAVE BEEN UPDATED RECENTLY?  SEE NEWS

WRITE YOUR POLITICIANS ABOUT HOT TOPICS.

WHICH COLLEGES AND LAW FIRMS HAVE POOR RECORDS OF ADMITTING OR HIRING ASIAN-AMERICANS?  SEE STATISTICS ON THE COLLEGES SCHOOLS AND LAW FIRMS PAGES.

Send feedback

Copyright 1999-2010 by Don W. Joe

# EXHIBIT 5

# EXHIBIT 5

*-APPLICATION-*

## Title
**Title of Work:** Head of Asian American Group gets politicians' attention

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** June 28, 2010

**Nation of 1st Publication:** United States

## Author
- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com

**Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV 89129-7701 United States

## Certification

|     |     |
| --: | :-- |
| **Name:** | Steven A. Gibson |
| **Date:** | September 21, 2010 |
| **Applicant's Tracking Number:** | 0002093 |

---

**Registration #:**

**Service Request #:**  1-490417772

**Application Date:**  09-21-2010 17:43:50

# Correspondent

    **Organization Name:**  Righthaven LLC

    **Name:**  Steven A. Gibson

    **Address:**  9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States